FORM 3-1

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VALEO NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | SUMMONS <br><br> Court No. 21-00581 |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Valeo North America, Inc. ("Valeo") is an importer of aluminum alloy sheet from China.  Valeo participated in the scope proceeding that is the subject of this action through submission of the scope ruling requests, questionnaire responses, and arguments.  Valeo therefore is an interested party and party to the proceeding within the meaning of 19 U.S.C. § 1677(9)(A) and has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. Valeo certain aspects of Commerce's unpublished decision memorandum.  *See* Memorandum, from Frank Schmitt, Case Analyst, Office VI, AD/CVD Operations, to Scot Fullerton, Associate Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, Antidumping and Countervailing Duty Orders on Aluminum Sheet from the People's Republic of China; Final Scope Ruling Determination: Valeo's Heat-Treated T-Series Aluminum Sheet, Case Nos. A-570-073; C-570-074 (Oct. 15, 2021) (ACCESS Barcode: 4172205-01).
   (Brief description of contested determination)

3. October 15, 2021

      (Date of determination)

4.   n/a
      (If applicable, date of publication in Federal Register of notice of contested determination)

Dated:  November 12, 2021

Daniel Cannistra
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
Tel: 202.624.2902
E-mail: DCannistra@crowell.com

FORM 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, New York 10278

Supervising Attorney Commercial
Litigation Branch Civil Division
**U.S. Department of Justice**
1100 L Street NW, Room 12124
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
1401 Constitution Avenue NW
Washington, DC 20230