**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

VALEO NORTH AMERICA, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant,

and

ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP et al.,

Defendant-Intervenors.

Court No. 21-00581

**PLAINTIFF'S RESPONSE IN PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE THE DEPARTMENT OF COMMERCE'S REMAND REDETERMINATION**

Plaintiff, Valeo North America, Inc. ("Valeo"), partially opposes defendant's Motion for an Extension of Time to File the Department of Commerce's Remand Redetermination which requests a 91-day extension of the current deadline. The Court should not grant this motion in full because it would unduly delay the proceeding. Should the Court decide to allow additional time for the U.S. Department of Commerce ("Commerce" or "the Department") to issue its forthcoming remand redetermination, Valeo respectfully requests that the Court extend the current March 21, 2023 deadline by a shorter amount of time, or instruct Commerce to provide a framework outlining how it intends to utilize the requested 91-day period in light of the progress

made in the underlying administrative proceeding to date.

On December 21, 2022, the Court remanded the Department's scope determination concerning the antidumping duty and countervailing duty orders on common alloy aluminum sheet and ordered Commerce to file its remand redetermination on or before March 21, 2023. Opinion and Order, ECF No. 47 (Dec. 21, 2022). On February 15, 2023, 56 days after the Court's order, Commerce initiated a scope inquiry pursuant to 19 C.F.R. § 351.225(e). Initiation of Scope Inquiry and Request for Information, No. 4341924-01, A-570-073 (Feb. 15, 2023). As of the date of the Department's initiation of scope inquiry, there only remained 34 days until its remand redetermination was due before the Court.

Commerce set a February 27, 2023 deadline for interested parties to submit comments and supporting documentation relevant to the initiation of the scope inquiry. *Id.* at 2. On February 21, 2023, defendant-intervenors requested a one-week extension of the February 27, 2023 deadline. Domestic Industry's Request for Extension of Time to Respond to Commerce Department's Request for Information, No. 4343715-01, A-570-073 (Feb. 21, 2023). In response, Commerce extended the deadline by two days. Extension of Deadline for Submissions, No. 4344783-01, A-570-073 (Feb. 23, 2023). On February 28, 2023, defendant-intervenors requested an additional one-day extension, which Commerce granted, making the deadline to respond to the Department's request for information March 2, 2023 and the deadline for rebuttal information and comments March 9, 2023. Second Extension of Deadline of Submissions, No. 4348326-01, A-570-073 (Mar. 1, 2023). In sum, after multiple extension requests, Commerce only gave interested parties three additional days to submit responses to its request for information.

On March 9, 2023, the same day on which Commerce required the parties to submit rebuttal comments, defendant filed its motion for 91 additional days to file the remand redetermination with the Court. Partial Consent Motion for Extension of Time to File, ECF No. 49 (Mar. 9, 2023).

To date, the only apparent progress Commerce has made during the 90-day period afforded to it was to issue an initiation of scope inquiry. Valeo is understanding of and not wholly opposed to defendant's request for additional time in order to issue its forthcoming remand redetermination. However, given amount of time that has already passed since this Court's order remanding to Commerce and the extraordinary amount of time defendant is now requesting, Valeo respectfully requests that this Court does not grant the defendant's motion for an extension of time to file outright.

Valeo respectfully requests that the Court instead provide a shorter amount of time for defendant to file the Department's remand redetermination, such as 30 days. Alternatively, if the Court decides to grant the motion for a 91-day extension in full, Valeo respectfully requests that the Court order Commerce to layout a framework outlining how this time will be used, and that such framework provides the parties a fair opportunity to respond with comments to the proposed remand redetermination the Department will ultimately issue. If defendant's motion requesting a 91-day extension of the deadline to file the remand redetermination is granted in full, Valeo is concerned that the Department may again provide a short period of time for the parties to respond near the end of the 91-day extension period and, thereafter, additional requests for extensions will be raised. A framework as described above will promote judicial efficiency, encourage the remand to be entirely resolved at the administrative level before this matter returns to the Court, and ensure that Commerce has ample time to adhere to the procedural requirements

for a scope inquiry as set out by its regulations.

Respectfully submitted,

*/s/ Weronika Bukowski*

Dated: March 14, 2023

Daniel Cannistra
Pierce Lee
Weronika Bukowski

CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Tel: 202.624.2902
E-mail: DCannistra@crowell.com

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

VALEO NORTH AMERICA, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant,

and

ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP et al.,

Defendant-Intervenors.

Court No. 21-00581

**ORDER**

Upon reading defendant's Partial Consent Motion for Extension of Time to File the Department of Commerce's Remand Redetermination, ECF No. 49 (Mar. 9, 2023), and upon consideration of other papers and proceedings had herein, it is hereby

ORDERED that defendant's motion be and hereby is denied.

____________________________________
MARK A. BARNETT, CHIEF JUDGE

Dated: New York, New York
This _______ day of _____________, 2023.