# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| VALEO NORTH AMERICA, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    *Defendant*,<br><br>and<br><br>ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP et al.,<br><br>    *Defendant-Intervenors*. | Court No. 21-00581 |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Valeo North America, Inc. hereby appeals to the U.S. Court of Appeals for the Federal Circuit from the final judgment entered in Court No. 21-00581 on November 8, 2023, Judgment (Nov. 8, 2023), ECF No. 75, the order and opinion accompanying the final judgment, Slip Op. 22-152 (Dec. 21, 2022), ECF No. 47, and all other opinions and orders underlying the final judgment.

Dated:  November 17, 2023

    */s/ Weronika Bukowski*
    Daniel J. Cannistra
    Pierce Lee
    Weronika Bukowski

    CROWELL & MORING LLP
    1001 Pennsylvania Avenue, N.W.
    Washington, DC  20004-2595
    Tel: (202) 624-2902
    E-mail: dcannistra@crowell.com